B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Northern _____ **District Of** Indiana _____

In re Nicholas Doud and Danielle Doud,     Case No. 17-22601-kl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

Name of Transferee

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMAC Trust, Series 2018- G-CTT

Name of Transferor

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708
Phone: 888-504-6700
Last Four Digits of Acct #: 1535

Court Claim # (if known): 7
Amount of Claim: $201,246.81
Date Claim Filed: 12/18/2020

Phone: 888-504-6700
Last Four Digits of Acct. #: 1535

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
Phone: 888-504-6700
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti-Gonsalves _____     Date: 05/20/2021 _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Northern _____ District Of Indiana _____

In re Nicholas Doud and Danielle Doud ,   Case No. 17-22601-kl _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7_____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/20/2021 (date).

| | |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for RMAC Trust, Series 2018- G-CTT | U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT |
| Address of Alleged Transferor: | Address of Transferee: |
| Rushmore Loan Management Services P.O. Box 55004 Irvine, CA 92619-2708 | Rushmore Loan Management Services P.O. Box 55004 Irvine, CA 92619-2708 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**